**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01263-CMA-KLM

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.

RICHARD QUIGLEY, and
JENNIFER QUIGLEY,

      Defendants.

---

## ORDER ON MOTION FOR APPOINTMENT OF A LOCAL MAGISTRATE

---

This matter is before the Court on Defendants' Motion for Inter-Division Transfer of Pretrial Matter (Docs. # 14).  Plaintiff does not object to the Motion.  In light of the fact that Defendants Richard Quigley and Jennifer Quigley are located in Mesa County, as well as Plaintiff Home Design Services, Inc., where key events set forth in the Complaint allegedly occurred, the Court hereby

ORDERS that the Clerk of the Court REASSIGN all pretrial matters in this case, except the Scheduling/Planning Conference currently scheduled for July 31, 2009, to Magistrate Judge Laird T. Milburn.  Defendants' Motions (Docs. # 14) is GRANTED.

      DATED: July 29, 2009.

            BY THE COURT:

            *Christine M Arguello*

            _____