UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No.: 1:09-cv-01263-CMA-LTM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

RICHARD QUIGLEY and JENNIFER QUIGLEY,

    Defendants.

_____/

## ORDER

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Amend/Modify Scheduling Order and to Extend Deadlines [Doc. #21].

Having reviewed the Motion and being otherwise fully advised, it is hereby ORDERED that the Motion is granted. The Scheduling Order is modified and the deadline is extended to December 9, 2009, for Plaintiff to Designate its Primary Expert, and the deadline is extended to January 8, 2010, for Defendants to designate any Rebuttal Experts.

Dated: Nov. 12, 2009.

Laird T. Milburn
United States Magistrate Judge

Copies to:
Anthony M. Lawhon, Esq.
Keith Boughton, Esq.
O:\Lawhon Documents\Home Design Services\Mondo Hughes Quigley\Quigley\Ord Un Mtn Amd and Extend Deadlines 11-6-9.wpd