IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-01263-CMA-KLM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

RICHARD QUIGLEY, and
JENNIFER QUIGLEY,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    Pursuant to the parties' Stipulation Of Dismissal With Prejudice (Doc. # 25) signed by the attorneys for the parties hereto it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, each party to pay its own costs.

    DATED: December 30, 2009.

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge